In view of the fine assessed this court is without jurisdiction.

■ In reply to the state's motion appellant has filed an affidavit which is not entitled to consideration.

The state's motion is granted, the judgment of reversal is set aside and the appeal is dismissed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### HOPE v. STATE.
### No. 20077.

Court of Criminal Appeals of Texas.
March 15, 1939.

Lee Wallace, W. C. Baker, and Dent Taylor, all of Kerrville, and J. Franklin Spears, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### GRAVES, Judge.

Appellant was convicted of murder, and given a term of ten years in the penitentiary.

It has been made known to this court, by proper affidavit, that the appellant died on or about the 5th day of November, 1938, after having perfected his appeal. The death of the appellant deprives this court of jurisdiction of the appeal. It is therefore abated.